83,315-02

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

IN RE: EX PARTE EDWARDS,
     GAYLAND LAMONT
      TDCJ NO. 1769899

V.

FELICIA PITRE, DISTRICT CLERK;
HON. ELIZABETH FRIZELL, JUDGE;
CRIMINAL DISTRICT COURT NO. 7
(FORMERLY HON. MICHAEL SNIPES)

WRIT NO.
W10-55217-Y (A)

TRIAL COURT NO.
F10-55217-Y

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 21 2015
Abel Acosta, Clerk

## APPLICATION FOR ISSUANCE OF WRIT OF MANDAMUS ORDER

COMES NOW, GAYLAND LAMONT EDWARDS, TDCJ NO. 1769899, AND REQUESTS THAT THIS HONORABLE COURT CONSTRUE THESE PLEADINGS MORE LIBERALLY AND THAT HE BE HELD TO LESS STRINGENT STANDARDS THAN FORMAL PLEADINGS FILED BY SKILLED COUNSEL. SEE HAINES V. KERNER, 404 U.S. 519, 92 S. CT. 594 (1972).

## I.

RELATOR/APPLICANT, ON OR ABOUT OCTOBER 27, 2014, MAILED AN APPLICATION FOR WRIT OF HABEAS CORPUS.

①.

ON OR ABOUT NOVEMBER 14, 2014, RELATOR/APPLICANT RECEIVED NOTICE FROM (THEN, DISTRICT CLERK, GARY FITZSIMMONS), NOTIFYING APPLICANT OF WRIT NO. ASSIGNED.

ON OR ABOUT DECEMBER 03, 2014, RELATOR/APPLICANT RECEIVED STATE'S RESPONSE TO APPLICATION FOR WRIT OF HABEAS CORAUS - FILED NOV. 25, 2014

ON OR ABOUT DECEMBER 05, 2014, RELATOR/APPLICANT RECEIVED THE TRIAL COURTS ORDER DESIGNATING ISSUES AND FINDINGS OF FACT TO BE MADE AND APPOINTED APRIL E. SMITH FOR THE COURT.

AFTER APPROXIMATELY TWO MONTHS HAD ELAPSED, RELATOR/APPLICANT SENT A LETTER, DATED 02/24/2015 TO GARY FITZSIMMONS, DISTRICT CLERK INQUIRING ABOUT THE STATUS OF SAID WRIT — NO RESPONSE RECEIVED.

RELATOR/APPLICANT WROTE TO THE HONORABLE ABEL ACOSTA, CLERK OF THIS HONORABLE COURT REQUESTING HIS ASSISTANCE, IN A LETTER DATED 03/25/2015, RECEIVED ON APRIL 01, 2015, TO PLEASE CHECK HIS RECORDS TO SEE IF SAID WRIT WAS FORWARDED WITHOUT ANY FINDINGS

②.

OF FACTS OR CONCLUSIONS OF LAW.

RESPONSE RECEIVED, DATED APRIL 13, 2015, STATING THAT "AFTER A THORDUGH SEARCH OF OUR RECORDS, WE FIND THAT YOU DO NOT HAVE A WRIT OF HABEAS CORPUS FILED IN THE COURT OF CRIMINAL APPEALS AT THIS TIME"

RELATOR/APPLICANT SENT LETTER DATED 04/12/2015 TO THE HONORABLE FELICIA PITRE, DISTRICT CLERK, DALLAS COUNTY; AND TO THIS THE 17TH DAY OF MAY, 2015 — NO RESPONSE.

WHERETOFORE, PREMISES, CONSIDERED RELATOR/APPLICANT PRAYS THAT THIS HONORABLE COURT GRANT AND ISSUE ORDER FOR WRIT OF MANDAMUS DIRECTING THE CLERK AND COURT OF THE CRIMINAL DISTRICT COURT NO. 7 TO COMPLY INSTANTER WITH THE REQUISITES OF ARTICLE 11.07 C.C.P. AND IN THE ALTERNATIVE GRANT RELATOR/APPLICANT ANY OTHER APPROPRIATE RELIEF TO WHICH HE MAY BE ENTITLED TO.

C.C. FILE
    DISTRICT CLERK

RESPECTFULLY SUBMITTED

*Gayland Edwards*

GAYLAND LAMONT EDWARDS #1769899
POLUNSKY UNIT
3872 F.M 350 SOUTH
③
LIVINGSTON, TEXAS 77351

## CERTIFICATE OF SERVICE

I, GAYLAND LAMONT EDWARDS, #1769899, DO HEREBY CERTIFY THAT A TRUE AND CORRECT CARBON COPY OF THIS DOCUMENT WAS SENT TO FELICIA PITRE, DALLAS COUNTY DISTRICT CLERK, FRANK CROWLEY COURTS BUILDING, 133 N. RIVERFRONT, LB 12, DALLAS, TEXAS 75207 BY PLACING THE SAME IN THE PRISON MAIL SYSTEM ON THIS THE 18TH DAY OF MAY, 2015.

*Gayland Edwards*

C.C. FILE
    COURT OF
    CRIMINAL APPEALS

GAYLAND LAMONT EDWARDS
POLUNSKY UNIT #1769899
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

(4)